## Commonwealth, Appellant, *v.* Crown Cork & Seal Co., Inc.

Argued September 18, 1973. *Frederick L. Voigt,* Assistant District Attorney, with him *Robert B. Lawler* and *Steven H. Goldblatt,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney,, and *Arlen Specter,* District Attorney, for Commonwealth, appellant; *Joseph A. Prim, Jr.,* with him *Michael J. Stack, Jr.,* and *O'Halloran, Stack & Smith,* for appellee.

Order affirmed.

SPAULDING, J., absent.